# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Blake L. Anderson,

    Plaintiff

v.

State of Nevada, et al.,

    Defendants

Case No.: 2:18-cv-01524-JAD-NJK

**Order Adopting
Report & Recommendation and
Dismissing Case**

[ECF No. 18]

Blake L. Anderson brings this civil-rights action alleging due-process and equal-protection violations under 42 U.S.C. § 1983 related to his state-court prosecution, which remains on appeal to the Nevada Supreme Court. Magistrate Judge Nancy Koppe has evaluated the nature of Anderson's claims and the status of his state-court matter and has concluded that Anderson's claims are presently barred by the United States Supreme Court's decision in *Heck v. Humphrey*,[1] which bars §1983 claims used to collaterally attack a criminal conviction unless that conviction or the resulting sentence has been revered on direct appeal, expunged by executive order, declared invalid, or called into question by a federal court's writ of habeas corpus.[2] The deadline for Anderson to object to that recommendation has passed, and Anderson filed nothing. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

---

[1] *Heck v. Humphrey*, 512 U.S. 477, 484 (1994).

[2] ECF No. 18.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

Accordingly, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 18] is ADOPTED** in its entirety.

IT IS FURTHER ORDERED that **this action is DISMISSED** without prejudice under *Heck v. Humphrey*.

The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: November 18, 2018

_____
U.S. District Judge Jennifer A. Dorsey